Timothy W. Miller
Attorney at Law
119 South Washington
P.O. Box 2229
Casper, WY 82602
Phone  (307) 472-3060
Fax    (307) 472-3061

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAMES M. HOFFMAN and<br>CAROLYN M. HOFFMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OLD REPUBLIC NATIONAL<br>TITLE INSURANCE CO., a<br>Minnesota corporation; and WESTON<br>COUNTY TITLE CORP., a Wyoming<br>corporation,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 09-CV-136-J<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISSAL WITHOUT PREJUDICE

The parties hereby stipulate that plaintiffs may dismiss this matter without prejudice, each party to bear his, her or its own attorney's fees and costs.

DATED this 29 day of December, 20 10.

Approved as to form:

_____
Timothy W. Miller
MILLER LAW OFFICE
119 S. Washington St.
P.O. Box 2229
Casper, WY  82602

Attorneys for Plaintiffs

_____   12/21/10
Patrick Dixon
Chapin & Dixon, LLP
104 S. Wolcott, Suite 600
Casper, Wyoming 82601

Attorneys for Defendant Weston Co Title

_____
Marvin L. Bishop, III
Bishop, Bishop & Yaap
136 S. Wolcott St., Ste 304
P.O. Box 655
Casper, WY  82602-0655

Attorneys for Defendant Old Republic